Certificate Number: 12490-WIE-DE-025658139

Bankruptcy Case Number: 15-25003



12490-WIE-DE-025658139

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2015, at 11:31 o'clock PM CDT, Jaron Domnitz completed a course on personal financial management given by internet by Dave Ramsey's Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: June 3, 2015

By: /s/Nichole Kiszla

Name: Nichole Kiszla

Title: Administrative Assistant